UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:15-CR 00046 DPM |
| | ) | |
| v. | ) | Title 21, U.S.C. § 841(a)(1) |
| | ) | Title 21, U.S.C. § 841(b)(1)(B) |
| RICHARD PRATT | ) | Title 21, U.S.C. § 841(b)(1)(C) |
| MELINDA CUNNINGHAM PRATT | ) | Title 21, U.S.C. § 846 |
| GRAYSON MOORE | ) | Title 18, U.S.C. § 924(c)(1)(A) |
| | ) | Title 18, U.S.C. § 922(g)(1) |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

Beginning in or about December 9, 2014, and continuing through in or about January 15, 2015, in the Eastern District of Arkansas,

RICHARD PRATT,
MELINDA CUNNINGHAM PRATT, and
GRAYSON MOORE,

defendants herein, conspired and agreed with each other, and others unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to the defendant RICHARD PRATT, the amount of methamphetamine involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other co-conspirators reasonably foreseeable to him, is 50 grams or more, but less than 500 grams, of a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

With respect to the defendants MELINDA CUNNINGHAM PRATT and GRAYSON MOORE, the amount of methamphetamine involved in the conspiracy attributable to each of

them as a result of the conduct of each of them, and the conduct of other co-conspirators reasonably foreseeable to each of them, is less than 50 grams of a mixture and substance containing methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about December 9, 2014, in the Eastern District of Arkansas, the defendant,

RICHARD PRATT,

did knowingly and intentionally possess with intent to distribute and distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 3

On or about December 12, 2014, in the Eastern District of Arkansas, the defendant,

RICHARD PRATT,

did knowingly and intentionally possess with intent to distribute and distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 4

On or about January 6, 2015, in the Eastern District of Arkansas, the defendants,

RICHARD PRATT and
GRAYSON MOORE,

did knowingly and intentionally possess with intent to distribute and distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT 5

On or about January 15, 2015, in the Eastern District of Arkansas, the defendant,

### RICHARD PRATT,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, conspiring to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing methamphetamine, as charged in Count 1 of this Indictment, knowingly possessed at least one of the following firearms: a Harrington and Richardson .410 gauge shotgun, Model Topper Jr., bearing serial number AM380165; a High Standard Sporting Firearms .22 caliber revolver, bearing serial number S63977; a Mossberg International .22 caliber rifle, model AR-22, bearing serial number ELM3459098; and a vest pocket .22 caliber revolver, bearing serial number 76347, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 6

A.  Prior to January 15, 2015, in the Eastern District of Arkansas, the defendant,

### RICHARD PRATT,

had been previously convicted in Faulkner County Circuit Court, Arkansas of a DWI, 4th offense, in criminal case 23CR-2010-978.

B.  The crime set forth in paragraph A is punishable by a term of imprisonment exceeding one year.

C.  On or about January 15, 2015, in the Eastern District of Arkansas, the defendant,

### RICHARD PRATT,

did knowingly possess at least one firearm in and affecting commerce, to wit: a Harrington and Richardson .410 gauge shotgun, Model Topper Jr., bearing serial number AM380165; a High

Standard Sporting Firearms .22 caliber revolver, bearing serial number S63977; a Mossberg International .22 caliber rifle, model AR-22, bearing serial number ELM3459098; and a vest pocket .22 caliber revolver, bearing serial number 76347, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 5 and 6 of this Indictment, RICHARD PRATT shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to:

1. One (1) Harrington and Richardson .410 gauge shotgun, Model Topper Jr., bearing serial number AM380165 and ammunition;

2. One (1) High Standard Sporting Firearms .22 caliber revolver, bearing serial number S63977 and ammunition;

3. One (1) Mossberg International .22 caliber rifle, model AR-22, bearing serial number ELM3459098 and ammunition; and

4. One (1) vest pocket .22 caliber revolver, bearing serial number 76347 and ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).